IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ALFONSO COCKHAM, | CV. 07-1156-KI |
|       Petitioner, | ORDER |
|   v. | |
| CHARLES DANIELS, | |
|       Respondent. | |

KING, Judge

    Respondent's unopposed motion to dismiss petitioner's habeas petition as moot (#10) is GRANTED.  This proceeding is DISMISSED, without prejudice.

    IT IS SO ORDERED.

    DATED this ___26TH___ day of November, 2007.

                                    /s/ Garr M. King
                                    Garr M. King
                                    United States District Judge